IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY RAY HAWKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-20-153-HE |
| ) | |
| JEORLD BRAGGS, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Petitioner Jerry Ray Hawkins, a state prisoner appearing *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his state court conviction. On February 24, 2020, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that this action be transferred to the United States District Court for the Northern District of Oklahoma. Petitioner was advised of his right to object to the Report and Recommendation by March 16, 2020.

Petitioner has not filed an objection to the Report and Recommendation and has therefore waived his right to appellate review of the factual and legal issues it addressed. *See* Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #6]. This case is transferred to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED**.

Dated this 25th day of March, 2020.

                                                  JOE HEATON
                                                  UNITED STATES DISTRICT JUDGE